512

ent's brief, or a demand therefor pursuant to rule VII of the Appellate Division Fourth Department Rules, is filed on or before August 1, 1961.

■ ROBERT D. HENRY, Appellant, v. JOHN DEERE COMPANY OF SYRACUSE, INC., Respondent.— Motion granted and order dismissing appeal vacated on condition that records and briefs are filed and served on or before August 1, 1961.

■ GEORGE M. HYDE, INC., Respondent, v. FRED W. ANGEL, Appellant.— Motion for leave to file typewritten briefs and appendix denied without prejudice to renewing upon a proper showing that compliance with the rules of this court would result in hardship.

■ CHARLES KASDORF, Respondent, v. GERTRUDE MATTLE, Appellant. CHARLES KASDORF, Respondent, v. GERTRUDE MATTLE et al., Appellants.— Motion granted and order stayed pending hearing and determination of appeal, on condition that records and briefs are filed by August 1 and appeal argued at September Term.

■ (A) WALTER E. WILCOX, JR., Appellant, v. CHARLES W. HUNTER, Respondent. (B) DAVID G. LIBBY, an Infant, by His Guardian ad Litem, GERTRUDE LIBBY, Appellant, v. FRED J. WILKIE, Respondent. GEORGE A. LIBBY, Appellant, v. FRED J. WILKIE, Respondent.— [In each action] Motion granted to prosecute appeal on one copy of transcript, five typewritten copies of record including the Judge's charge and all parts of the record, except the transcript of the testimony, and printed briefs.

■ THOMAS MECCA, Respondent, v. MICHAEL PITTRO et al., Appellants.— Motion for a stay granted.

■ RICHARD F. MILLER, Respondent, v. KENNETH WARD, Appellant.— Respondent directed to file a brief on or before August 15, 1961, and case added to September 1961 Term Calendar.

■ MARIO PETROSSI, Appellant, v. TOWN OF FARMINGTON et al., Respondents.— Motion granted to prosecute appeal on typewritten records and briefs; appeal dismissed unless records and briefs are filed and served on or before August 1, 1961.

■ DON C. RUSSO et al., Respondents, v. TOWN OF VICTOR et al., Appellants.— Appellants are directed to file and serve briefs on or before August 1, 1961 and respondents are directed to file briefs on or before September 1, 1961 and the case is added to the September 1961 Term Calendar. Motion of Daniel Healy, Jr., granted to extent of permitting him to file a brief as *amicus curiæ* by August 15, 1961.

■ In the Matter of the Construction of the Will of FRANK SPATTO, Deceased.— Respondent's brief must be filed by September 1, 1961 if case is to be argued at the September 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS BONILLA.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS McDANIEL.— Motion granted and appeal dismissed.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. PATSY SENZARINO. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER QUINTERO v. ROBERT E. MURPHY, as Warden of Auburn Prison.— [In each action] Motion granted to prosecute appeal on original papers, typed briefs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD MARSHALL BARR, JR. (Abraham Ziegler, Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK v. PARKER F. BARTLETT (Curtis W. Barker, Esq.). (C) THE PEOPLE OF